UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                        :
COLUMBIA ARTISTS MUSIC LLC,                             :
                                                        :
                                    Plaintiff           :        25-CV-06049 (JAV)
                                                        :
                    -v-                                 :        ORDER
                                                        :
CHAD LAWSON, et al.,                                    :
                                                        :
                                    Defendants.         :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

        Before the Court is the parties' joint motion to stay discovery pending the Court's

disposition of Defendants' motion to dismiss Plaintiff's first amended complaint.  ECF No. 46

("Joint Ltr.").

        While "discovery should not be routinely stayed simply on the basis that a motion to dismiss

has been filed, upon a showing of good cause a district court has considerable discretion to stay

discovery pursuant to Federal Rule of Civil Procedure 26(c)."  *Hong Leong Finance Ltd.*

*(Singapore) v. Pinnacle Performance Ltd.*, 297 F.R.D. 69, 72 (S.D.N.Y. 2013) (citations omitted).

In determining whether to stay discovery pending a ruling on a motion to dismiss, courts consider

"(1) the breadth of discovery sought, (2) any prejudice that would result, and (3) the strength of the

motion."  *Ema Fin., LLC v. Vystar Corp.*, 336 F.R.D. 75, 79 (S.D.N.Y. 2020) (citations omitted).

        The pending motion has the potential to dismiss the entire action, and the parties agree that

continued discovery will be broad and burdensome and that neither party would be prejudiced by a

stay.  Joint Ltr. at 2; *CT Espresso LLC v. Lavazza Premium Coffees Corp.*, No. 22-CV-377 (VSB),

2022 WL 1639485, at *2 (S.D.N.Y. May 24, 2022) ("in the first factor of the merits of Plaintiff's

claims, courts tend to consider whether the resolution of the pending motion to dismiss

may dispose of the entire action"); Joint Ltr. at 3.  While the parties disagree as to the strength of

defendants' motion to dismiss, the Court does not find the motion without merit and finds that a balance of the relevant factors militates in favor of a stay.  In particular, the extensive discovery that is sought by both sides, including depositions of potentially dozens of third party witnesses, counsels in favor of a stay.

Accordingly, the parties' join motion is GRANTED.  The Clerk of Court is directed to terminate ECF No. 46.

SO ORDERED.

Dated: February 20, 2026
        New York, New York                    _____
                                                JEANNETTE A. VARGAS
                                                United States District Judge

2